# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYCE STEVENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACTION PROPERTY MANAGEMENT, INC; AND PARK BOULEVARD WEST OWNERS ASSOCIATION,<br><br>　　　　　Defendants. | Case No.: 18cv676 JM(AGS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Rules 7.2 and 12.1 of the U.S. District Court Rules for the Southern District of California, Plaintiff CAYCE STEVENS, and Defendants ACTION PROPERTY MANAGEMENT, INC. and PARK BOULEVARD WEST OWNERS ASSOCIATION, by and through their counsel of record, have stipulated and brought a Joint Motion for an extension of time for Defendants ACTION PROPERTY MANAGEMENT, INC. and PARK BOULEVARD WEST OWNERS ASSOCIATION to respond to Plaintiff's Complaint (Doc. No. 3) and good cause appearing, IT IS HEREBY ORDERED THAT the parties' Joint Motion be GRANTED.

Defendants ACTION PROPERTY MANAGEMENT, INC. and PARK BOULEVARD WEST OWNERS ASSOCIATION shall have an extension of time within which to file and serve their responsive pleading to Plaintiffs' Complaint up to and including May 25, 2018.

Dated: May 15, 2018

_____
Jeffrey T. Miller
U.S. District Court Judge